IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06mj386

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| LUIS CORCHO SUAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice" (document #4) filed September 28, 2006, requesting admission of Attorney Marcia G. Shein to represent the Defendant Luis Corcho Suarez. For the reasons set forth therein, the motion will be **GRANTED**.

**PROVIDED, HOWEVER,** out of state counsel (Ms. Shein) shall associate a North Carolina lawyer admitted to practice in this Court, to serve as local counsel, on or before October 28, 2006.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: September 28, 2006

_Carl Horn, III_
Carl Horn, III
United States Magistrate Judge